IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J. JESUS ARRIAGA-ABONCE,

    Plaintiff,

v.                                                       No. 1:20-cv-00113-KG-JHR

RICHARD WILLIAMSON,

    Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

IT IS ORDERED that this case is DISMISSED without prejudice.

_____
UNITED STATES DISTRICT JUDGE